United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HILDA FARIAS ALI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01085 |
| | § | |
| HOUSTON BEHAVIORAL | § | |
| HEALTHCARE HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on June 8, 2026. Doc. #8. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, this case is DISMISSED WITH PREJUDICE for failure to prosecute.

This is a final judgment. The Clerk is DIRECTED to close this case.

It is so ORDERED.

JUN 3 0 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge